DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIE J. SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2460

[January 11, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 50-2007-012859-AXXX-MB.

Willie J. Smith, Indiantown, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***